UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNA URBINA, | No. 2:25-cv-02151-TLN-AC |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| SUNNYVALLEY SMOKED MEATS, INC., a California Corporation, | |
| Defendant. | |

| | |
|---|---|
| JOSE HERNANDEZ, et al., | No. 2:25-cv-03096-TLN-AC |
| Plaintiffs, | |
| v. | |
| JBS PREPARED FOODS, INC., a Delaware Corporation, | |
| Defendant. | |

| | |
|---|---|
| HUGO MAGANA ZARATE, an individual, | No. 2:26-cv-00249-TLN-SCR |
| Plaintiff, | |
| v. | |
| JBS PREPARED FOODS, INC., a Delaware Corporation; JBS USA FOODS GROUP HOLDINGS, INC., a Delaware Corporation, WESLEY BATISTA FILHO, an individual, | |
| Defendants. | |

1

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a).  The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions.  Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.  Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 2:26-cv-00249-TLN-SCR is reassigned to Chief District Judge Troy L. Nunley and Magistrate Judge Allison Claire, and the caption shall read 2:26-cv-00249-TLN-AC.  Any dates currently set before Magistrate Judge Sean C. Riordan are hereby VACATED.

IT IS SO ORDERED.

Dated:  February 20, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2